Certificate Number: 15317-NJ-DE-040578326

Bankruptcy Case Number: 25-22308



15317-NJ-DE-040578326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 3, 2026</u>, at <u>8:11</u> o'clock <u>AM PST</u>, <u>Frank Becerra</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>February 3, 2026</u>          By:    <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>