Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-22308 / MEH**

Frank G Becerra

Petition Filed Date: 11/19/2025
341 Hearing Date: 12/18/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2026 | $1,000.00 | I85NC74FWV-I | 02/02/2026 | $500.00 | I85TCT1BY1-P | | | |

**Total Receipts for the Period: $1,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frank G Becerra | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,000.00 | $0.00 | $3,000.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2022 FORD ESCAPE | Unsecured Creditors | $1,448.82 | $0.00 | $0.00 |
| 2 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,794.84 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2023 TAX PERIOD | Priority Crediors | $7,707.05 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $1,856.93 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $1,101.97 | $0.00 | $0.00 |
| 6 | ALLY BANK LEASE TRUST - VAULT<br>»» 2022 ALFA ROME STELVIO/DEF BAL | Unsecured Creditors | $8,510.88 | $0.00 | $0.00 |
| 7 | American Express National Bank | Unsecured Creditors | $3,836.63 | $0.00 | $0.00 |
| 8 | American Express National Bank | Unsecured Creditors | $1,466.03 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA/AADVANTAGE PLATINUM | Unsecured Creditors | $17,388.84 | $0.00 | $0.00 |
| 10 | HYUNDAI LEASE TITLING TRUST<br>»» 2025 HYUNDAI KONA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA LEASE TRUST<br>»» 2024 TOYOTA COROLLA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, NA<br>»» MACY'S CREDIT CARD | Unsecured Creditors | $3,055.11 | $0.00 | $0.00 |
| 13 | CMG MORTGAGE, INC.<br>»» 1 ALEXANDERS RD/1ST MTG | Mortgage Arrears | $3,883.34 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-22308 / MEH**

<table>
<tr><td colspan="4" align="center">**SUMMARY**</td></tr>
<tr><td colspan="4">Summary of all receipts and disbursements from date filed through 2/19/2026:</td></tr>
<tr><td>Total Receipts:</td><td>$1,500.00</td><td>Percent to General Unsecured Creditors: 100%</td><td></td></tr>
<tr><td>Paid to Claims:</td><td>$0.00</td><td>Current Monthly Payment:</td><td>$500.00</td></tr>
<tr><td>Paid to Trustee:</td><td>$111.00</td><td>Arrearages:</td><td>$0.00</td></tr>
<tr><td>Funds on Hand:</td><td>$1,389.00</td><td></td><td></td></tr>
</table>

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

