Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25−22308−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank G Becerra
1 Alexanders Road
Hackettstown, NJ 07840

Social Security No.:
xxx−xx−6989

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 4, 2026.

Dated: March 5, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22308-MEH |
| Frank G Becerra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 05, 2026 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank G Becerra, 1 Alexanders Road, Hackettstown, NJ 07840-3834 |
| 520890199 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520890204 | + | CMG MORTGAGE INC, 425 PHILLIPS BLVD CMG MORTGAGE INC, Trenton, NJ 08618-1430 |
| 520890215 | + | The Grogan Law Group, LLC, 25 Prospect Street, Morristown, NJ 07960-6809 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892698 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 21:04:56 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520929645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 21:04:56 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890200 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 05 2026 21:02:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520933324 | | Email/PDF: bncnotices@becket-lee.com | Mar 05 2026 21:05:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520890201 | + | Email/PDF: bncnotices@becket-lee.com | Mar 05 2026 21:04:56 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520952642 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 05 2026 21:03:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520890203 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 21:05:19 | CITIBANK N.A., PO BOX 78005, Phoenix, AZ 85062-8005 |
| 520890202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2026 21:04:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520950236 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 21:05:09 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520890210 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2026 21:05:19 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520890205 | + | Email/Text: mrdiscen@discover.com | Mar 05 2026 21:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520897833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 21:04:56 | Ford Motor Credit Company LLC, AIS Portfolio |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520899254 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2026 21:05:06 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890206 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 05 2026 21:04:00 | Hyundai Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 520944803 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 05 2026 21:04:00 | Hyundai Lease Titling Trust, P.O. BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 520890207 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2026 21:03:00 | Internal Revenue Service, PO Box 9052, Andover, MA 01810 |
| 520890208 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2026 21:05:12 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 520890209 | + | Email/Text: BKNotice@ldvlaw.com | Mar 05 2026 21:03:00 | Lyons, Doughty and Veldhuis, P.C., 136 Gaither Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520942671 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 05 2026 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520920627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 21:05:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520890211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 21:05:07 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520890212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2026 21:05:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520890213 | + | Email/Text: collections1@primewayfcu.com | Mar 05 2026 21:04:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 520890214 | | Email/Text: EBN@seliplaw.com | Mar 05 2026 21:03:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520890216 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 05 2026 21:03:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 520947418 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 05 2026 21:02:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520907506 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 05 2026 21:03:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520890217 | ^ | MEBN | Mar 05 2026 20:58:10 | Weltman Weinberg & Reis, 520 Walnut St Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520933326 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Mar 05, 2026                          Form ID: plncf13                               Total Noticed: 34

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Frank G Becerra joan@joanlaverylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4