UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Frank G. Becerra

Case No.: _____ 25-22308 _____

Chapter: _____ 13 _____

Judge: _____ EJO _____

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court 402 East State Street Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____ Judge O'Hagan _____ on _____ June 10, 2026 _____ at __ 9:00 __ a.m. at the United States Bankruptcy Court, courtroom no. __ 2 __, _____ 402 East State Street, Trenton, NJ 08608 _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Motion to Approve Settlement of Insurance Claim on Totaled Lease Vehicle |
|---|---|

| Pertinent terms of settlement: | 2024 Toyota Corolla that was leased by debtor was totaled in car accident. The vehicle has been valued at $20,459.21 by the insurance company. The vehicle will be paid off and any additional proceeds will be forwarded to debtor after an order has been entered settling the matter. The chapter 13 plan as confirmed did not have an arrearage claim. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Lavery & Sirkis

Address: 699 Washington Street, Suite 103, Hackettstown, NJ 07840

Telephone No.: 908-850-6161

*rev.8/1/15*