UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-22308 |
| Frank G. Becerra | Chapter: | 13 |
| | Judge: | EJO |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Judge O'Hagan_____
on _____June 10, 2026_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no.
__2__, _____402 East State Street, Trenton, NJ 08608_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Motion to Approve Settlement of Insurance Claim on Totaled Lease Vehicle

Pertinent terms of settlement:  2024 Toyota Corolla that was leased by debtor was totaled in car accident. The vehicle has been valued at $20,459.21 by the insurance company.  The vehicle will be paid off and any additional proceeds will be forwarded to debtor after an order has been entered settling the matter.  The chapter 13 plan as confirmed did not have an arrearage claim.

Objections must be served on, and requests for additional information directed to:

Name:  Lavery & Sirkis

Address:  699 Washington Street, Suite 103, Hackettstown, NJ 07840

Telephone No.: 908-850-6161

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                             Case No. 25-22308-EJO

Frank G Becerra                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                   Page 1 of 3

Date Rcvd: May 06, 2026              Form ID: pdf905                  Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Frank G Becerra, 1 Alexanders Road, Hackettstown, NJ 07840-3834 |
| 520890199 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520890204 | + | CMG MORTGAGE INC, 425 PHILLIPS BLVD CMG MORTGAGE INC, Trenton, NJ 08618-1430 |
| 520890215 | + | The Grogan Law Group, LLC, 25 Prospect Street, Morristown, NJ 07960-6809 |
| 520907506 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892698 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2026 21:40:43 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520929645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2026 21:40:43 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890200 | + | Email/Text: ally@ebn.phinsolutions.com | May 06 2026 21:31:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520933324 | | Email/PDF: bncnotices@becket-lee.com | May 06 2026 21:27:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520890201 | + | Email/PDF: bncnotices@becket-lee.com | May 06 2026 21:40:54 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520952642 | | Email/Text: BKelectronicnotices@cenlar.com | May 06 2026 21:32:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520890203 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 21:40:48 | CITIBANK N.A., PO BOX 78005, Phoenix, AZ 85062-8005 |
| 520890202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2026 21:40:31 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520950236 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 21:40:57 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520890210 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2026 21:40:36 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520890205 | + | Email/Text: mrdiscen@discover.com | May 06 2026 21:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| 520897833 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2026 21:40:53 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 520899254 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 06 2026 21:40:32 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890206 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 06 2026 21:33:00 | Hyundai Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 520944803 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 06 2026 21:33:00 | Hyundai Lease Titling Trust, P.O. BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 520890207 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2026 21:32:00 | Internal Revenue Service, PO Box 9052, Andover, MA 01810 |
| 520890208 | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2026 21:40:52 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 520890209 | + Email/Text: BKNotice@ldvlaw.com | May 06 2026 21:32:00 | Lyons, Doughty and Veldhuis, P.C., 136 Gaither Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520942671 | + Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 21:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520920627 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 21:40:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520890211 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 21:40:54 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520890212 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2026 21:40:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520890213 | + Email/Text: collections1@primewayfcu.com | May 06 2026 21:33:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 520890214 | Email/Text: EBN@seliplaw.com | May 06 2026 21:32:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520890216 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 06 2026 21:32:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 520947418 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 06 2026 21:32:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520907506 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 06 2026 21:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520890217 | ^ MEBN | May 06 2026 21:29:28 | Weltman Weinberg & Reis, 520 Walnut St Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520933326 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-3                         User: admin                                    Page 3 of 3
Date Rcvd: May 06, 2026                      Form ID: pdf905                                 Total Noticed: 34

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Joan Sirkis Warren | on behalf of Debtor Frank G Becerra joan@joanlaverylaw.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4