UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ 07840
(908) 850-6161
I.D. #JW4841
Attorney for Debtor, Frank G. Becerra

Order Filed on July 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank G. Becerra

Case No.:  25-22308

Hearing Date: July 1, 2026

Judge:  EJO

## ORDER AUTHORIZING PROPOSED SETTLEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED.**

**DATED: July 1, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtors:  Frank G. Becerra
Case #25-22308

Caption of Order:  Order Approving proposed settlement

---

The following order is hereby entered:

Upon consideration of debtor(s) motion for an order approving settlement.

It is hereby ORDERED that:

1. The debtor(s)'s application to enter into a proposed settlement is hereby approved.

2. The debtor shall file a modified plan within 14 days of the date of this Order.

3. All excess insurance proceeds shall be held in the trust account of Lavery & Sirkis pending further court order.