UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ  07840
(908) 850-6161
I.D. #JW4841
Attorney for Debtor, Frank G. Becerra

| In Re: | |
|---|---|
| Frank G. Becerra | Case No.:  25-22308 |
| | Hearing Date: July 1, 2026 |
| | Judge:  EJO |

Order Filed on July 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER AUTHORIZING PROPOSED SETTLEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED.**

**DATED: July 1, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtors:  Frank G. Becerra
Case #25-22308

Caption of Order:  Order Approving proposed settlement

_____

The following order is hereby entered:

Upon consideration of debtor(s) motion for an order approving settlement.

It is hereby ORDERED that:

1. The debtor(s)'s application to enter into a proposed settlement is hereby approved.

2. The debtor shall file a modified plan within 14 days of the date of this Order.

3. All excess insurance proceeds shall be held in the trust account of Lavery & Sirkis pending further court order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-22308-EJO

Frank G Becerra                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID          Recipient Name and Address**
db            + Frank G Becerra, 1 Alexanders Road, Hackettstown, NJ 07840-3834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Joan Sirkis Warren | on behalf of Debtor Frank G Becerra joan@joanlaverylaw.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4