Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25–22308–EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank G Becerra
1 Alexanders Road
Hackettstown, NJ 07840

Social Security No.:
xxx–xx–6989

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2026.

On July 13, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Eamonn James O'Hagan on:

Date:               September 2, 2026
Time:                10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 13, 2026
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22308-EJO |
| Frank G Becerra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 13, 2026 | Form ID: 185 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank G Becerra, 1 Alexanders Road, Hackettstown, NJ 07840-3834 |
| 520890199 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520890204 | + | CMG MORTGAGE INC, 425 PHILLIPS BLVD CMG MORTGAGE INC, Trenton, NJ 08618-1430 |
| 520890215 | + | The Grogan Law Group, LLC, 25 Prospect Street, Morristown, NJ 07960-6809 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520892698 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2026 21:51:05 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520929645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2026 22:01:54 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890200 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2026 21:43:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520933324 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2026 21:51:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520890201 | + | Email/PDF: bncnotices@becket-lee.com | Jul 13 2026 21:51:03 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520952642 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 13 2026 21:43:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520890203 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:01:57 | CITIBANK N.A., PO BOX 78005, Phoenix, AZ 85062-8005 |
| 520890202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 21:51:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520950236 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:12:19 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520890210 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:01:53 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520890205 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0312-3 User: admin Page 2 of 3

Date Rcvd: Jul 13, 2026 Form ID: 185 Total Noticed: 33

| | | | | |
|---|---|---|---|---|
| | | | Jul 13 2026 21:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520897833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jul 13 2026 21:51:38 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520899254 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jul 13 2026 21:51:04 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890206 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 13 2026 21:45:00 | Hyundai Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 520944803 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 13 2026 21:45:00 | Hyundai Lease Titling Trust, P.O. BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 520890207 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 13 2026 21:44:00 | Internal Revenue Service, PO Box 9052, Andover, MA 01810 |
| 520890208 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 13 2026 21:50:44 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 520942671 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 13 2026 21:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520920627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 13 2026 21:51:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520890211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 13 2026 21:51:07 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520890212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 13 2026 21:51:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520890213 | + | Email/Text: collections1@primewayfcu.com | | |
| | | | Jul 13 2026 21:45:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 520890214 | | Email/Text: EBN@seliplaw.com | | |
| | | | Jul 13 2026 21:44:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520890216 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 13 2026 21:44:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 520947418 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jul 13 2026 21:43:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520907506 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Jul 13 2026 21:45:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520890217 | ^ | MEBN | | |
| | | | Jul 13 2026 21:42:12 | Weltman Weinberg & Reis, 520 Walnut St Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520933326 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520890209 | ##+ | Lyons, Doughty and Veldhuis, P.C., 136 Gaither Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-3                         User: admin                              Page 3 of 3
Date Rcvd: Jul 13, 2026                      Form ID: 185                          Total Noticed: 33

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Joan Sirkis Warren | on behalf of Debtor Frank G Becerra joan@joanlaverylaw.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4